RECEIVED
OCT 14 2020
ALEXANDRIA DIVISION
US BANKRUPTCY COURT

Form B 18B
12/94

Due to COVID-19

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Alexandrian

In re: Ava Maria M. Ladson
Debtor

Case No. ____

Chapter 11

I am asking the Court to fee waive my case payment because I lost Income Due to COVID-19. Trying to make Ends Meet.

[signature] A.M. Ladson
10/14/2020
410-777-0007

2020 OCT 14 AM 11:32