Motion to Dismiss

Motion of ~~Reversal~~     Case No.
                           20-12276 K
                           AK
                           Chapter 11

I, Avemaria, was not notified of the Case Number 20-12276 KHK Chapter 11 by mailed And Email williamnathunt@gmail.com and I notified by the communication and providing a copy of hospital paper work from the hospital & diagnosis and 15 pages, under medication, & And still using medications. Asking for another Court Date please, And I just got the mail 11/25/2020

Avemaria Madson
470-577-0001
11/25/2020

RECEIVED
NOV 25 2020
ALEXANDRIA DIVISION
US BANKRUPTCY COURT